**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**YARISLEIDY HERNANDEZ LEBON #A216-969-510** — **CIVIL ACTION NO. 6:26-CV-01326 SEC P**

**VERSUS** — **JUDGE JAMES D. CAIN, JR.**

**MICHA NEAL ET AL** — **MAGISTRATE JUDGE CAROL B. WHITEHURST**

# JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2241 by Petitioner Yarisleidy Hernandez Lebon should be **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers on this 9th day of September, 2026.

**JAMES D. CAIN, JR**
**UNITED STATES DISTRICT JUDGE**